UNITED STATES DISTRICT COURT

Northern District of California

ADERAW YESHIWAS,

        Petitioner,

v.

UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES,

        Respondent.

No. C 12-1719 MEJ

**ORDER VACATING HEARING**

**ORDER FOR PARTIES TO SUBMIT STATUS REPORT**

Pending before the Court is Petitioner Aderaw Yeshiwas' Motion for Writ of Mandamus, with a noticed hearing date of August 9, 2012. However, as the Respondent has not appeared in this case, the Court VACATES the August 9 hearing. The parties are ORDERED to file a joint status report by August 9, 2012.

**IT IS SO ORDERED.**

Dated: July 19, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge