UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ADERAW YESHIWAS, | No. C 12-1719 MEJ |
| Petitioner, | **ORDER VACATING HEARING** |
| v. | **ORDER FOR PARTIES TO SUBMIT STATUS REPORT** |
| UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES, | |
| Respondent. | |

Pending before the Court is Petitioner Aderaw Yeshiwas' Motion for Writ of Mandamus, with a noticed hearing date of August 9, 2012. However, as the Respondent has not appeared in this case, the Court VACATES the August 9 hearing. The parties are ORDERED to file a joint status report by August 9, 2012.

**IT IS SO ORDERED.**

Dated: July 19, 2012

_____
Maria-Elena James
Chief United States Magistrate Judge